1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   CRISTINA DELORES PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-70677 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| CRISTINA DELORES PATINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Sacramento (in the Eastern District of California) on April 25 - 26, 2012, to attend her uncle's wake. Pretrial Services Officer Timothy Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: April 25, 2012                                 /s/
                                                                    ELLEN V. LEONIDA
                                                                    Assistant Federal Public Defender

DATED: April 25, 2012                                 /s/
                                                                    MATTHEW MCCARTHY
                                                                    Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Sacramento (in the Eastern District of California) on April 25-26, 2012. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: April 25, 2012

_____
KANDIS WESTMORE
United States Magistrate Judge

CR 11-40677 MAG
Stipulation and ~~Proposed~~ Order Modifying Pretrial
Release Conditions                    2